# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JACQUELINE A. STOBAUGH                              PLAINTIFF

v.                                 No. 4:12-CV-535-DPM

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                           DEFENDANT

## JUDGMENT

The Court affirms the Commissioner's decision and dismisses Stobaugh's complaint with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 November 2013